**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**INUVO, INC. and VALIDLOCK, INC**                                                    **PLAINTIFFS**

v.                                        **Case No. 4:14-cv-00494-KGB**

**ADMANAGE, SA,** *et al.*                                                              **DEFENDANTS**

## ORDER

Before the Court is a joint motion to dismiss with prejudice filed by plaintiffs on behalf of all parties: Inuvo, Inc. and ValidClick, Inc., Admanage, S.A., Neoclicks Internet Services, Corp. and Clickfind Media Corp. (Dkt. No. 25). The parties represent to the Court that all claims asserted by and among the parties, or which could have been asserted by the parties, including all claims made in Case No. 4:14-cv-00406-BSM, or which could have been asserted in Case No. 4:14-cv-00406-BSM, as well as claims made in Case No. 4:14-cv-00494-KGB, or which could have been asserted in Case No. 4:14-cv-0494-KGB, have been settled and compromised for valuable consideration. Plaintiffs and defendants move the Court to dismiss this consolidated case with prejudice with each party to bear his, her, or its own fees and costs.

For good cause shown, based on the parties' joint motion and representations, the Court finds:

1. That the Court has jurisdiction over the subject matter.

2. That the Court has jurisdiction over the parties and that venue is proper.

3. That the joint motion to dismiss with prejudice should be granted.

4. That the parties will bear their own attorneys' fees and costs.

5. That the Court retains jurisdiction over the settlement agreement.

The Court therefore orders that the joint motion to dismiss with prejudice is granted and that all claims filed in this consolidated action, and that all claims which could have been asserted by the parties in this consolidated action, including all claims made in Case No. 4:14-cv-00406-BSM, or which could have been asserted in Case No. 4:14-cv-00406-BSM, as well as claims made in Case No. 4:14-cv-00494-KGB, or which could have been asserted in Case No. 4:14-cv-0494-KGB, should be and are hereby dismissed with prejudice.

SO ORDERED this 1st day of December, 2015.

*Kristine G. Baker* (signature)

Kristine G. Baker
United States District Judge